**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOHN MOSHER,

                Plaintiff,

    -against-                                    22 **CIVIL** 9632 (CS)

                                                         **JUDGMENT**

LANA VEYDA, PATRICIA ELAM,
KEITH ELAM, CHRISTOPHER MARTIN
a/k/a DJ PREMIER, and ESTATE OF
KEITH ELAM,

                Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 2, 2024, Defendants' motion to dismiss is GRANTED. Plaintiff's claims for trademark infringement and false designation of origin, copyright infringement, and declaratory judgment are dismissed with prejudice. Plaintiff's state law claims for unfair competition and conversion are dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       December 2, 2024

                                                                 **DANIEL ORTIZ**
                                                                 **Acting Clerk of Court**

                            **BY:**      *K. Mango*

                                                                   **Deputy Clerk**